| STATE OF LOUISIANA | * | NO. 2019-KA-0251 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| COREY DENSON (FINANCIAL CASUALTY & SURETY, INC.) | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

**CONSOLIDATED WITH:**

STATE OF LOUISIANA

VERSUS

WILFRED CELESTINE &
KENDALL CELESTINE

**CONSOLIDATED WITH:**

NO. 2019-KA-0252

*DNA*    **ATKINS, J., CONCURS**

1